U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAY - 6 2015

TONY R. MOORE, CLERK
BY _____
      DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| **WILLIE J. GRIFFIN, JR.**<br>**FED. REG. # 04667-017** | **CIVIL ACTION NO. 2:14-cv-2616**<br>**SECTION P** |
| **VERSUS** | **JUDGE TRIMBLE** |
| **C. MAIORANA** | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

**ORDERED** that this petition for *habeas corpus* be **DENIED AND DISMISSED WITH PREJUDICE.**

**THUS DONE AND SIGNED,** in chambers, Lake Charles, Louisiana, on this 6th day of May, 2015.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE